# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIT LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIDIA CARRASCO, LIDIA TREJO, SORAYA TREJO, JOSHUA DE LA GARZA, a minor, DAVID DE LA GARZA, ROBERTO DE LA GARZA, JOSE DE LA GARZA III, BLANCA ESTELE DE LA GARZA, and THE ESTATE OF JOSE DE LA GARZA, JR.<br><br>　　　　Defendants. | New Case No. 1:05-cv-1199 OWW LJO<br>Old Case No. 1:05-cv-1199 REC SMS<br><br>Assigned to the Hon. Oliver W. Wanger<br><br>STIPULATED JUDGMENT IN INTERPLEADER AND ORDER RE TRANSFER OF PROCEEDS |

　　　　Having reviewed the parties' Stipulation And Order For Entry Of Judgment In Interpleader; Transfer Of Proceeds, and it appearing that plaintiff Merit Life Insurance Company ("Merit Life") has brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefore,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

　　　　1.　　Merit Life properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

　　　　2.　　By reason of the death of Jose De La Garza, Jr. (the "Decedent") on or

1

1   about September 23, 2004, the sum of $50,000.00 (the "Insurance Proceeds") became
2   payable under Merit Life's accidental death and dismemberment insurance policy
3   number D05000000045481 (the "Policy");

4       3.    The Carrasco Defendants and the De La Garza Defendants each claim all
5   or some portion of the Insurance Proceeds, and no other person or entity has made a
6   claim to those Insurance Proceeds;

7       4.    Having deposited the Insurance Proceeds, plus interest, with the Clerk of
8   the United States District Court in and for the Eastern District of California in
9   September 2005 (which funds now are on deposit with the registry of this Court),
10  Merit Life and its agents be and hereby are released, discharged and acquitted of and
11  from any liability of any kind or nature whatsoever under the Policy;

12      5.    Merit Life be and hereby is awarded the sum of $4,500.00 for its
13  reasonable attorneys' fees and costs incurred in connection with this action and the
14  Clerk of this Court be and hereby is directed to pay such amount, from and out of the
15  funds deposited herein, by check made payable to "Merit Life Insurance Company"
16  and delivered to Merit Life's attorneys of record;

17      6.    The Carrasco Defendants and the De La Garza Defendants be and hereby
18  are compelled to interplead or settle among themselves their respective rights or
19  claims to the remaining Insurance Proceeds;

20      7.    Upon the Court's payment of the sum described in paragraph 5, above,
21  and upon the entry of this Stipulated Judgment and Order, Merit Life be and hereby is
22  dismissed from this action without further cost to any party;

23      8.    Upon the Court's payment of the sum described in paragraph 5, above,
24  and upon the entry of this Stipulated Judgment and Order, and the dismissal of Merit
25  Life from this action, this action be transferred, or re-filed as a declaratory relief
26  action, with related case number 1:05-cv-05-00846 OWW LJO to/in the California
27  Superior Court in and for the County of Kern.

28      9.    As to the insurance proceeds of $50,000.00 plus interest deposited with

**STIPULATED JUDGMENT IN INTERPLEADER
AND ORDER RE TRANSFER OF PROCEEDS**

36090.1

PDF created with pdfFactory trial version www.pdffactory.com

1  the Clerk of the United States District Court described in paragraph 4, above, upon the
2  re-filing or transfer of this case to the California Superior Court in and for the County
3  of Kern, and payment of the sum described in paragraph 5, above, the Clerk of the
4  United States District Court shall transfer the remaining proceeds to the following
5  account:

6  Morgan Stanley Account No. 117-038141-033
   5601 Truxtun Avenue, Bakersfield, CA  93309
7  Telephone (661) 322-3971

8      10.    These funds shall be used to purchase United States Treasury Bills in the
9  amount so transferred and shall be held in the names of Timothy Lemucchi, State Bar
10 No. 038612-0, attorney for the Carrasco defendants, and Jay P. Renneisen, State Bar
11 No. 173531, attorney for the De la Garza defendants;

12     11.    This account shall not be paid out or otherwise distributed without a
13 settlement or judgment or order of the Kern County Superior Court.

## **ORDER**

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: March 20, 2006_____          By:  /s/ OLIVER W. WANGER_____

                                      Hon. Oliver W. Wanger
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com