1   John E. Peer, CA State Bar No. 95978
    Sean B. Dean, CA State Bar No. 187140
2   **WOOLLS & PEER**
    A Professional Corporation
3   One Wilshire Boulevard, 22nd Floor
    Los Angeles, California 90017
4   Telephone:   (213) 629-1600
    Facsimile:   (213) 629-1660
5

6   Attorneys for Plaintiff
    Merit Life Insurance Company

7

8                   **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  MERIT LIFE INSURANCE COMPANY,          New Case No. 1:05-cv-1199 OWW LJO
                                           Old Case No. 1:05-cv-1199 REC SMS
12              Plaintiff,
                                           Assigned to the Hon. Oliver W. Wanger
13      v.

14  LIDIA CARRASCO, LIDIA TREJO,           STIPULATION AND ORDER FOR
    SORAYA TREJO, JOSHUA DE LA             ENTRY OF JUDGMENT IN
15  GARZA, a minor, DAVID DE LA GARZA,     INTERPLEADER; TRANSFER OF
    ROBERTO DE LA GARZA, JOSE DE LA        PROCEEDS
16  GARZA III, BLANCA ESTELE DE LA
    GARZA, and THE ESTATE OF JOSE DE
17  LA GARZA, JR.
                                           Filing Date:      October 28, 2005
18              Defendants.                Trial Date:       Not set

19

20          IT IS HEREBY STIPULATED, by and among plaintiff Merit Life Insurance

21  Company ("Merit Life"), defendants Lidia Carrasco, Lidia Trejo and Soraya Trejo

22  (collectively the "Carrasco Defendants"), and defendants Joshua De La Garza, David

23  De La Garza, Roberto De La Garza, Jose De La Garza III, Blanca Estele De La Garza,

24  and The Estate of Jose De La Garza, Jr. (collectively the "De La Garza Defendants"),

25  by and through their respective attorneys of record herein, that:

26          1.      Merit Life properly filed its Complaint in Interpleader herein, and this is

27  a proper cause for interpleader;

28          2.      By reason of the death of Jose De La Garza, Jr. (the "Decedent") on or

                                           1

36086.1

WOOLLS & PEER
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

PDF created with pdfFactory trial version www.pdffactory.com

about September 23, 2004, the sum of $50,000.00 (the "Insurance Proceeds") became payable under Merit Life accidental death and dismemberment insurance policy number D05000000045481 (the "Policy");

3.     The Carrasco Defendants and the De La Garza Defendants each claim all or some portion of the Insurance Proceeds, and no other person or entity has made a claim to those Insurance Proceeds;

4.     Having deposited the Insurance Proceeds, plus interest, ($51,201.39) with the Clerk of the United States District Court in and for the Eastern District of California in September 2005 (which funds now are on deposit with the registry of this Court), Merit Life and its agents be released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5.     Merit Life be awarded the sum of $4,500.00 for its reasonable attorneys' fees and costs incurred in connection with this action and that the Clerk of this Court pay such amount, from and out of the funds deposited herein, by check made payable to "Merit Life Insurance Company" and delivered to Merit Life's attorneys of record;

6.     The Carrasco Defendants and the De La Garza Defendants be compelled to interplead or settle among themselves their respective rights or claims to the remaining Insurance Proceeds;

7.     The Court may enter a Stipulated Judgment in Interpleader and Dismissal in the form attached hereto and marked as Exhibit A;

8.     Upon the Court's payment of the sum described in paragraph 5, above, and upon the entry of a Stipulated Judgment in Interpleader and Dismissal in the form attached hereto and marked as Exhibit A, Merit Life be dismissed from this action without further cost to any party;

9.     Upon the Court's payment of the sum described in paragraph 5, above, the entry of a Stipulated Judgment in Interpleader and Dismissal in the form attached hereto and marked as Exhibit A, and the dismissal of Merit Life from this action, this action be transferred, or re-filed as a declaratory relief action, with related case

WOOLLS & PEER
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

2

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADING**

PDF created with pdfFactory trial version www.pdffactory.com

1  number 1:05-cv-05-00846 OWW LJO to/in the California Superior Court in and for
2  the County of Kern for all other proceedings.

3    10. As to the insurance proceeds of $50,000.00 plus interest deposited with
4  the Clerk of the United States District Court described in paragraph 4, above, less the
5  payment described in paragraph 5, above, upon transfer of this case number to the
6  California Superior Court in and for the County of Kern, the Clerk of the United
7  States District Court shall transfer those proceeds plus interest to the following
8  account:

9     Morgan Stanley Account No. 117-038141-033
   5601 Truxtun Avenue, Bakersfield, CA  93309
10    Telephone (661) 322-3971

11   11. These funds shall be used to purchase United States Treasury Bills in the
12 amount so transferred and shall be held in the names of Timothy Lemucchi, State Bar
13 No. 038612-0, attorney for the Carrasco defendants, and Jay P. Renneisen, State Bar
14 No. 173531, attorney for the De la Garza defendants;

15   12. This account shall not be paid out or otherwise distributed without a
16 settlement or judgment or order of the Kern County Superior Court.

17   13. This stipulation may be executed in any number of counterparts, each of
18 which may be an original, but all of which shall constitute one and the same

19 ///
20 ///
21 ///

22
23
24
25
26
27
28

WOOLLS & PEEK
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

3

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADING**

36086.1

PDF created with pdfFactory trial version www.pdffactory.com

1  instrument.

2     IT IS SO STIPULATED:

3  DATED:  March 2, 2006          WOOLLS & PEER
                                  A Professional Corporation
4

5                                 /S/ Sean B. Dean, Esq.

6                                 _____
                                  Sean B. Dean
                                  Attorneys for Plaintiff Merit Life Insurance
7                                 Company

8  DATED:  March ___, 2006        LAW OFFICES OF TIMOTHY J.
9                                 LEMUCCHI

10                                /S/ Timothy J. Lemucchi, Esq.

11                                _____
12                                Timothy J. Lemucchi
                                  Attorneys for Defendants Lydia Carrasco,
13                                Lidia Trejo and Soraya Trejo

14 DATED:  March ___, 2006        LAW OFFICES OF JAY P. RENNEISEN

15                                /S/ Jay P. Renneisen, Esq.

16                                _____
                                  Jay P. Renneisen
17                                Attorneys for Defendants Joshua De La
                                  Garza, David De La Garza, Roberto De La
18                                Garza, Jose De La Garza III, Blanca Estele
                                  De La Garza, and The Estate of Jose De La
19                                Garza, Jr.

20

21                                    **ORDER**

22     IT IS SO ORDERED.
23

24 DATED:  March 20, 2006    By:_____/s/ OLIVER W. WANGER
25                                    Hon. Oliver W. Wanger

26                                    United States District Judge

27

28
                                        4

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
*Merit Life Insurance Company v. Lidia Carrasco, et al.*
**Case No. 1:05-CV-1199 OWW LJO**

I, AIDE AVILA, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Woolls & Peer, A Professional Corporation, One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017. On March 17, 2006, I served the document(s) described as **Stipulation and Order for Entry of Judgment in Interpleader; Transfer of Proceeds** on the interested parties in this action as follows:

ý By placing ¨ the original ý a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

ý   BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017.

¨   OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ¨ FEDERAL EXPRESS ¨ UPS ¨ Overnight Delivery [specify name of service:    ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ¨ FEDERAL EXPRESS ¨ UPS ¨ OVERNIGHT DELIVERY [specify name of service:    ] authorized to receive documents at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with delivery fees fully provided for.

¨   BY FACSIMILE: I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

ý   [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

¨   [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 17, 2006, at Los Angeles, California.

/S/ Aide Avila
_____
[Signature]

WOOLLS & PEER
A PROFESSIONAL CORPORATION
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017

PDF created with pdfFactory trial version www.pdffactory.com

**SERVICE LIST**

1

2

3   Timothy J. Lemucchi, Esq.                    Attorneys for Defendants
    Craig A. Edmondston, Esq.                    LIDIA CARRASCO, LIDIA TREJO, SORAYA
4   Law Offices of Timothy J. Lemucchi           TREJO
    918 Truxtun Avenue
5   P. O. Box 2171
    Bakersfield, CA  93303-1100
6   Telephone:    (661) 324-1100
    Facsimile:    (661) 324-1633
7   E-mail:       tlemucchi@ncinternet.net

8   Robert R. Pohls, Esq.                        Attorneys for Plaintiff
    Pohls & Associates                           PRIMERICA LIFE INSURANCE COMPANY
9   12657 Alcosta Boulevard, Suite 150
    San Ramon, CA  94583
10  Telephone:    (925) 973-0300
    Facsimile:    (925) 937-1763
11  E-mail:       rpohls@califehealth.com

12
    Jay P. Renneisen, Esq.                       Attorneys for Defendants/Cross-Claimants
13  Law Offices of Jay P. Renneisen              JOSHUA DE LA GARZA, DAVID DE LA
    1931 San Miguel Drive, Suite 210             GARZA, ROBERTO DE LA GARZA, JOSE
14  Walnut Creek, CA  94596                      DE LA GARZA III, BLANCA ESTELE DE LA
    Telephone:    (925) 280-8900                 GARZA, and THE ESTATE OF JOSE DE LA
15  Facsimile:    (925) 955-1601                 GARZA, JR.
    E-mail:       jpr@renneisenlaw.com
16

17

18

19

20

21

22

23

24

25

26

27

28

36086.1

PDF created with pdfFactory trial version www.pdffactory.com